```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 13010
   ALICIA N TATUM
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-3238


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/11/2006 and was not confirmed.

     The case was converted to chapter 7 without confirmation 07/12/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
CREDIT ACCEPTANCE         SECURED VEHIC         .00           .00             .00
AMC MORTGAGE SERVICES IN  CURRENT MORTG         .00           .00             .00
CITY OF CHICAGO PARKING   UNSEC W/INTER     2430.00           .00             .00
ILLINOIS STATE HIGHWAY A  UNSEC W/INTER    11913.30           .00             .00
ILLINOIS STATE TOLL HIGH  NOTICE ONLY    NOT FILED            .00             .00
ILLINOIS TOLLWAY          PRIORITY              .00           .00             .00
ILLINOIS STATE TOLL       NOTICE ONLY    NOT FILED            .00             .00
ILLINOIS STATE TOLL       NOTICE ONLY    NOT FILED            .00             .00
SBC ILLINOIS              UNSEC W/INTER     1082.36           .00             .00
AT&T                      UNSEC W/INTER  NOT FILED            .00             .00
AT&T WIRELESS             UNSEC W/INTER  NOT FILED            .00             .00
AT & T BROADBAND          UNSEC W/INTER  NOT FILED            .00             .00
CFC FINANCIAL             UNSEC W/INTER  NOT FILED            .00             .00
CITY OF CHICAGO           NOTICE ONLY    NOT FILED            .00             .00
EMERGENCY CARE PHYSICIN   UNSEC W/INTER  NOT FILED            .00             .00
UNIVERSITY OF ILLINOIS    UNSEC W/INTER  NOT FILED            .00             .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER      139.08           .00             .00
SPRINT PCS                UNSEC W/INTER  NOT FILED            .00             .00
UNITED AUTO CREDIT        UNSEC W/INTER  NOT FILED            .00             .00
AMC MORTGAGE SERVICES IN  MORTGAGE ARRE    12856.00           .00             .00
COUNTYARD CONDOMINIUM AS  CURRENT MORTG         .00           .00             .00
COUNTYARD CONDOMINIUM AS  SECURED           1280.46           .00             .00
AMC MORTGAGE SERVICES IN  NOTICE ONLY    NOT FILED            .00             .00
BROOKINS & WILSON         DEBTOR ATTY       2,554.00                     2,341.47
TOM VAUGHN                TRUSTEE                                          173.53
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  2,515.00

PRIORITY                                             .00
SECURED                                              .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13010 ALICIA N TATUM
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                    2,341.47
TRUSTEE COMPENSATION                                                173.53
DEBTOR REFUND                                                          .00
                                       ----------------   ----------------
TOTALS                                         2,515.00           2,515.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 10/16/07              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE